1  Cheryl Johnson-Hartwell (SBN 221063)
   E-mail: cjohnson-hartwell@bwslaw.com
2  Paloma P. Peracchio (SBN 295034)
   E-mail: pperacchio@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel: 213.236.0600  Fax: 213.236.2700
5
   Attorneys for Defendant
6  RENT-A-CENTER

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | DANI BELINDA FISCHER,            | Case No. 2:14-CV-00918-MCE-AC

12 |          Plaintiff,              | **JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**

13 | v.                               | [F.R.C.P. 41(a)(1)(ii)]

14 | RENT-A-CENTER, INC., a foreign corporation; and DOES 1 to 10,
15 | inclusive,

16 |          Defendant(s).

17

18        TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED

19 STATES DISTRICT COURT JUDGE:

20        IT IS HEREBY STIPULATED by and between Plaintiff DANI BELINDA

21 FISCHER ("Plaintiff"), by and through her attorney of record, and Defendant

22 RENT-A-CENTER, INC. ("Defendant"), by and through its attorneys of record,

23 that Defendant is hereby dismissed with prejudice, pursuant to Federal Rules of

24 Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.

25

26

27

28

LA #4852-4324-2017 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | | |
|---|---|---|---|
| 1 | Dated: | December **30**, 2014 | BURKE, WILLIAMS & SORENSEN, LLP |

By: _/s/ Cheryl Johnson-Hartwell_
   Cheryl Johnson-Hartwell
   Paloma P. Peracchio
   Attorneys for Defendant
   RENT-A-CENTER, INC.

Dated:   December 30, 2014                PRICE LAW GROUP, APC

By: _/s/ Rory Leisinger_
   Rory Leisinger
   Attorneys for Plaintiff,
   DANI BELINDA FISCHER