UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI BELINDA FISCHER,<br><br>    Plaintiff,<br><br>v.<br><br>RENT-A-CENTER, INC., a foreign corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.  2:14-CV-00918-MCE-AC<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

Pursuant to the parties' stipulation, ECF No. 19, this matter is dismissed with prejudice in its entirety.  Each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LA #4818-9428-7649 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES